1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

**DEC 9 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-mj-0371 CKD
12 |           Plaintiff,              | [PROPOSED] SEALING ORDER
13 |     v.                            |
14 | ELIECER REYES HUERTA,             |
   |   aka Eliecer Huerta Reyes,       | **SEALED**
15 |   aka Jose Manuel Ventura Ruiz,   |
16 |           Defendant.              |

17

18      Upon application of the United States of America and good cause having been shown, IT IS

19 HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to

20 any person unless otherwise ordered by this Court.

21      IT IS SO ORDERED.

22

23 DATED: December 9, 2013                  _____
                                             HON. Carolyn K. Delaney
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Sealing Order                              1
United States v. Reyes Huerta