BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0408 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| ELIECER REYES HUERTA, aka Eliecer Huerta Reyes, aka Jose Manuel Ventura Ruiz, | |
| Defendant. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the sensitive but unclassified discovery materials at issue include information pertaining to potential witnesses and potential victims in this case, including personal identifying information, financial/banking information, and tax information not obtained from the IRS;

WHEREAS, such sensitive but unclassified discovery materials shall be identified as sensitive and subject to a protective order at the time of disclosure, whether on the documents or other materials (e.g., CDs/DVDs) themselves or in an accompanying cover letter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a private agreement is not appropriate in light of the nature of the information at issue and the charges in

this case; and

WHEREAS, the defendant has counsel ("Defense Counsel") who wishes the opportunity to review the discovery;

Defendant and plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. This Order pertains to all discovery provided to or made available to Defense Counsel that is identified as sensitive and subject to a protective order in this case (hereafter, collectively known as "the protected discovery").

3. Defense Counsel shall not disclose any of the protected discovery to any person other than her client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of her client.

4. The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The protected discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case. However, to the extent the original materials constituting the discovery were obtained from the defendant or a third party with a legitimate claim for the return of such property, the Government will return that material to the legitimate owner of the material to the extent permissible and appropriate.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with a copy of this Order and advise that person that the protected discovery is the property of the United States Government, that the protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected discovery may constitute a violation of law and/or contempt of court.

7. In the event that either defendant obtains substitute counsel, undersigned Defense Counsel agree to withhold the protected discovery from new counsel unless and until substituted counsel agrees to be bound by this Order.

8. Defense Counsel shall be responsible for advising her clients, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: January 23, 2014                                        Respectfully submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

                                        By:    /s/   Nirav K. Desai
                                               NIRAV K. DESAI
                                               Assistant U.S. Attorney


                                        By:    /s/  Nirav Desai for Dina Santos
                                               (authorized on January 23, 2014)
                                               DINA SANTOS, ESQ.
                                               Counsel for defendant ELIECER REYES HUERTA


**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: January 23, 2014

                                               _____
                                               EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE