BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0408 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ELIECER REYES HUERTA,<br>  aka Eliecer Huerta Reyes,<br>  aka Jose Manuel Ventura Ruiz, | DATE: February 7, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 7, 2014.

2. By this stipulation, defendant now moves to continue the status conference until March 7, 2014, and to exclude time between February 7, 2014, and March 7, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant is presently represented by appointed counsel, Dina Santos, Esq.

    b) The government has been informed that the defendant recently retained private counsel, who anticipates filing a proposed substitution of attorney with the Court in the near term.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) The government has represented that the discovery associated with this case includes 1,488 of documents and pieces of physical evidence. All of this discovery has been either produced directly to the defendant's present counsel, Dina Santos, Esq., and/or made available for inspection and copying.

d) Counsel for defendant desires additional time to permit the request to substitute counsel. If permitted to substitute, new counsel will require time to review the discovery and the current charges, consult with the defendant, and otherwise prepare for trial.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel and would deny defendant's retained counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2014 to March 7, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////
////

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2014				BENJAMIN B. WAGNER
							United States Attorney


							/s/ NIRAV K. DESAI
							NIRAV K. DESAI
							Assistant United States Attorney


Dated:  January 31, 2014				/s/ Nirav K. Desai for Dina Santos, Esq.
							(as authorized on January 31, 2014)
							DINA SANTOS, ESQ.
							Counsel for Defendant
							Eliecer Reyes Huerta


[PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  February 3, 2014


							_____
							GARLAND E. BURRELL, JR.
							Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3