BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0408 GEB |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ELIECER REYES HUERTA,<br>  aka Eliecer Huerta Reyes,<br>  aka Jose Manuel Ventura Ruiz, | DATE: April 11, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 11, 2014.

2. By this stipulation, defendant now moves to continue the status conference until May 30, 2014, and to exclude time between April 11, 2014, and May 30, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On February 19, 2014, the Court approved the substitution of John Baumgardner, Esq. as the defendant's retained counsel of record in this case.

    b) On March 3, 2014, Mr. Baumgardner filed a notice with the Court (Dkt. No. 22) accepting to be bound by the parties' Stipulated Protective Order (Dkt. No. 17), which permitted

1   Mr. Baumgardner to view evidence subject to the Stipulated Protective Order.

2      c)   The government has represented that the discovery associated with this case
3   includes 1,499 of documents and pieces of physical evidence, which have been produced to Mr.
4   Baumgardner and/or made available to him for inspection and/or copying.

5      d)   Mr. Baumgarner advised the government that he would be beginning a federal
6   jury trial on April 7, 2014, before the Honorable Troy L. Nunley, U.S. District Judge.

7      e)   Counsel for defendant desires additional time to consult with his client, to review
8   the discovery provided or made available in this case, to conduct investigation and research
9   related to the charges, to otherwise prepare for trial, and to explore potential resolution of the
10  charges with the government.

11     f)   Counsel for defendant believes that failure to grant the above-requested
12  continuance would deny the defendant continuity of counsel and would deny defendant's counsel
13  the reasonable time necessary for effective preparation, taking into account the exercise of due
14  diligence.

15     g)   The government does not object to the continuance.

16     h)   Based on the above-stated findings, the ends of justice served by continuing the
17  case as requested outweigh the interest of the public and the defendant in a trial within the
18  original date prescribed by the Speedy Trial Act.

19     i)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
20  et seq., within which trial must commence, the time period of April 11, 2014 to May 30, 2014,
21  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
22  because it results from a continuance granted by the Court at defendant's request on the basis of
23  the Court's finding that the ends of justice served by taking such action outweigh the best interest
24  of the public and the defendant in a speedy trial.

25  ////
26  ////
27  ////
28  ////

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 7, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated: April 7, 2014

/s/ Nirav K. Desai for John Baumgardner, Esq.
(as authorized on April 7, 2014)
JOHN BAUMGARDNER, ESQ.
Counsel for Defendant
Eliecer Reyes Huerta

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 7, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge