BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ELICIER REYES HUERTA,<br>  aka Eliecer Huerta Reyes,<br>  aka Jose Manuel Ventura Ruiz,<br><br>                  Defendant. | CASE NO. 2:13-CR-0408 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: July 11, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 16, 2014, the defendant was arraigned on a Superseding Indictment, and the Court set this matter for a status conference to take place on July 11, 2014.

2. By this stipulation, defendant now moves to continue the status conference until August 8, 2014, and to exclude time between July 11, 2014, and August 8, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, documentary evidence, photographs, videos, and a computer forensic examination report, numbered 0001 through 1538. All of this discovery has been either

produced directly to counsel and/or made available for inspection and copying.  Most recently, on or about June 2, 2014, the government provided or made available to the defendant's counsel additional reports, photographs, the computer forensic examination report, and other materials.

  b) The defendant's counsel has also advised the government that he is currently conducting defense-related investigation.

  c) The government's counsel has advised the defendant's counsel that a proposed plea offer should be forthcoming in the next two weeks.

  d) Counsel for defendant desires additional time to complete his investigation regarding the pending charges and provide the results of that investigation to the government, review the discovery provided or made available by the government, consult with his client, discuss potential resolution with his client, and otherwise prepare for trial.

  e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2014 to August 8, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 3, 2014   BENJAMIN B. WAGNER
United States Attorney


/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney


Dated: July 3, 2014   /s/ Nirav Desai for John Baumgardner
(as authorized on July 3, 2014)
JOHN BAUMGARDNER, ESQ.
Counsel for Defendant
ELIECER REYES HUERTA


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge