BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIECER REYES HUERTA,<br>  aka Eliecer Huerta Reyes,<br>  aka Jose Manuel Ventura Ruiz,<br><br>Defendant. | CASE NO. 2:13-CR-0408 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 12, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference to take place on September 12, 2014.

2.  By this stipulation, defendant now moves to continue the status conference until September 19, 2014, for an anticipated change of plea proceeding, and to exclude time between September 12, 2014, and September 19, 2014, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports, documentary evidence, photographs, videos, and a computer

forensic examination report, numbered 0001 through 1538.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    The government has extended a plea offer to the defendant, which expires on September 12, 2014, if not accepted by that date.

      c)    Counsel for defendant desires additional time to review the proposed plea agreement with his client with a Spanish language interpreter and in light of the discovery produced to date, and to otherwise prepare for this case.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2014 to September 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 9, 2014                              BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                                              /s/ NIRAV K. DESAI
                                                                              NIRAV K. DESAI
                                                                              Assistant United States Attorney

Dated: September 9, 2014                              /s/ Nirav Desai for John Baumgardner
                                                                              (authorized on September 9, 2014)
                                                                              JOHN BAUMGARDNER, ESQ.
                                                                              Counsel for Defendant
                                                                              ELIECER REYES HUERTA

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge