Tim A. Pori (SBN 189270)
THE LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7525

Attorney for Defendant
ELIECER REYES HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELIECER REYES HUERTA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:13-cr-0408 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING FROM DECEMBER 12, 2014, TO FEBRUARY 20, 2014 |

The parties request that the judgment and sentencing currently set for December 12, 2014, at 9:00 a.m., be continued to February 20, 2014, at 9:00 a.m.  This continuance is necessary due to the unavailability of defendant's counsel.

//
//
//
//
//
//
//
//

The following Presentence Report disclosure schedule will apply:

|  | Old Date | New Date |
|---|---|---|
| Disclosure of Proposed PSR | October 31, 2014 | January 16, 2015 |
| Written Objections to PSR | November 14, 2014 | January 23, 2015 |
| PSR filed with the Court and Disclosed to Counsel | November 21, 2014 | January 30, 2015 |
| Formal Objections/ Motion for Correction of PSR | November 28, 2014 | February 6, 2015 |
| Reply or Statement of Non-Opposition | December 5, 2014 | February 13, 2015 |
| Judgment and Sentencing | December 12, 2014 | February 20, 2015 |

Respectfully submitted

Date: October 31, 2014           /s/ Tim A. Pori_____
                                 TIM A. PORI
                                 Attorney for Defendant HUERTA

Date: October 31, 2014           /s/ Nirav K. Desai (Authorized 10/31/14)
                                 NIRAV K. DESAI
                                 Assistant U.S. Attorney

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the parties' stipulation and proposed schedule is approved. The Judgment and Sentencing currently set for December 12, 2014, at 9:00 a.m., is continued to February 20, 2015.

Dated:  November 5, 2014

1
2
3                                    _____
                                     GARLAND E. BURRELL, JR.
4                                    Senior United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28