UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ELIECER REYES HUERTA,<br><br>Movant. | No. 2:13-cr-0408 GEB AC<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Petitioner asserts that he is entitled to federal habeas relief under Johnson v. United States, 135 S. Ct. 2551 (2015). In accordance with General Order No. 563, this case is referred to the Federal Public Defender's Office for review.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is referred to the Federal Public Defender's Office for review in accordance with General Order No. 563. The Clerk of the Court shall serve a copy of this order on Mia Crager, Assistant Federal Defender.

2. Within forty-five days of the date of this order, the Federal Public Defender's Office shall notify the court whether it will be assuming representation of movant. In the event that the

////

////

Federal Public Defender's Office would assume representation but for a conflict, such conflict should be brought to the court's attention.

DATED: August 19, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE