UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-0408 GEB AC |
|---|---|
| Respondent, | |
| v. | ORDER |
| ELIECER REYES HUERTA, | |
| Movant. | |

On September 30, 2016, movant, though counsel, notified the court that he was voluntarily dismissing his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 58). ECF No. 64. On April 21, 2017, the Ninth Circuit found that movant's application for leave to file a second or successive § 2255 motion was unnecessary, and ordered the § 2255 motion before it transferred to this court and deemed filed on June 16, 2016. ECF No. 65. The motion filed in this court pursuant to the Ninth Circuit's remand is identical to the motion that was originally filed in this court and voluntarily withdrawn. Compare ECF No. 58 with ECF No. 66.

Accordingly, IT IS HEREBY ORDERED that movant shall, within seven days of the filing of this order, file a statement advising the court whether his notice of voluntary dismissal

////

////

1

includes the motion to vacate that was originally submitted to the Ninth Circuit (ECF No. 66), or whether in the alternative he intends to pursue the motion.

DATED: June 27, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE