1  HEATHER E. WILLIAMS, Bar No. 122664
   Federal Defender
2  CAROLYN M. WIGGIN, Bar No. 182732
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
5  Telephone: (916) 498-5700

7  Attorneys for Defendant-Movant
   ELIECER REYES HUERTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff-Respondent,<br><br>　　　v.<br><br>ELIECER REYES HUERTA,<br><br>　　　　　　Defendant-Movant. | Case No. 2:13-cr-0408 GEB AC<br><br>**STIPULATION AND [PROPOSED]　<br>ORDER AMENDING SCHEDULING　<br>ORDER** |

Plaintiff-Respondent United States, through its attorney, Assistant U.S. Attorney Ross K. Naughton, and Defendant-Movant Eliecer Reyes Huerta, through his attorney, Assistant Federal Defender Carolyn M. Wiggin, hereby stipulate to amend the previously ordered schedule (ECF No. 68) for indicating whether Mr. Huerta wishes to proceed with the motion to vacate that was transferred to this Court from the United States Court of Appeals for the Ninth Circuit (ECF No. 66) as follows:

> Accordingly, IT IS HEREBY ORDERED that movant shall, within 45 days of the filing of this order, file a statement advising the court whether his notice of voluntary dismissal includes the motion to vacate that was originally submitted to the Ninth Circuit (ECF No. 66), or whether in the alternative he intends to pursue the motion.

Stipulation and Order Amending Schedule　　　-1-　　　*U.S. v. Huerta,* 2:13-cr-408-GEB-AC

The reason for the requested amendment is that the exchange of correspondence with a federal prisoner is often delayed and counsel for Mr. Huerta will be out of the office for a portion of July, 2017.

Dated: June 29, 2017    HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Carolyn M. Wiggin*
                        CAROLYN M. WIGGIN
                        Assistant Federal Defender
                        Attorney for Defendant-Movant
                        ELIECER REYES HUERTA

Dated: June 29, 2017    PHILLIP A. TALBERT
                        United States Attorney

                        */s/ Ross K. Naughton*
                        Ross K. Naughton
                        Assistant United States Attorney
                        Attorney for Plaintiff-Respondent
                        UNITED STATES OF AMERICA

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, ordered schedule (ECF No. 68) for indicating whether Mr. Huerta wishes to proceed with the motion to vacate that was transferred to this Court from the United States Court of Appeals for the Ninth Circuit (ECF No. 66) as follows:

> Accordingly, IT IS HEREBY ORDERED that movant shall, within 45 days of the filing of this order, file a statement advising the court whether his notice of voluntary dismissal includes the motion to vacate that was originally submitted to the Ninth Circuit (ECF No. 66), or whether in the alternative he intends to pursue the motion.

IT IS SO ORDERED.

DATED: June 30, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE